Nicholas R. Kloeppel, CSB #186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
CITY OF EUREKA and KURT HUFFT


Peter E. Martin, CSB #121672
Shelley K. Mack, CSB #209596
PETER E. MARTIN, A LAW CORPORATION
917 Third Street
Eureka, CA 95501
Tel: (707) 268-0445
Fax: (707) 667-0318

Attorneys for Plaintiff
ALICE WEBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WEBURG,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF EUREKA, KURT HUFFT, and DOES 1 to 10,<br><br>    Defendants. | CASE NO.:  16-cv-04786-WHA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING** |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff ALICE WEBURG ("Plaintiff"), and Defendants CITY OF EUREKA and KURT HUFFT ("Defendants") through their respective attorneys as follows:

1. Plaintiff filed an initial Complaint on August 18, 2016. Thereafter, a First Amended Complaint was filed on September 9, 2016.

2.     Defendant Kurt Hufft, who was served with the initial Complaint, is required to respond to the Amended Complaint on or before September 29, 2016.

3.     Defendant City of Eureka was served with the First Amended Complaint on September 15, 2016. Its response is therefore due on or before October 6, 2016.

4.     Defendants have requested and Plaintiff has agreed to provide an extension of time to file a responsive pleading to the First Amended Complaint.

**THE PARTIES HEREBY STIPULATE THAT:**

1.     Defendants' deadline to file their pleadings in response to the First Amended Complaint on file in this matter is October 17, 2016.

IT IS SO STIPULATED AND AGREED.

DATED:  September 28, 2016          PETER E. MARTIN, A LAW CORPORATION

By:   */s/ Shelley K. Mack*
         SHELLEY K. MACK
         Attorneys for Plaintiffs

DATED:  September 28, 2016          MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By:   */s/ Nicholas R. Kloeppel*
         NICHOLAS R. KLOEPPEL
         Attorneys for Defendants

**ORDER**

The above stipulation is accepted and it is so ordered.  Defendants shall have an extension of time to October 17, 2016, to file a responsive pleading to the First Amended Complaint.

DATED:  September 29, 2016.

_____
HONORABLE WILLIAM ALSUP
United States District Court, Northern District

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR FILING RESPONSIVE PLEADING
2