1  Nicholas R. Kloeppel, CSB #186165
   MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
2  Attorneys at Law
   814 Seventh Street
3  P. O. Drawer 1008
   Eureka, CA  95502
4  Tel:  (707) 443-5643
   Fax: (707) 444-9586
5
   Attorneys for Defendants
6  CITY OF EUREKA and KURT HUFFT

7

8  Peter E. Martin, CSB #121672
   Shelley K. Mack, CSB #209596
   MARTIN & MACK LLP
9  1369 G Street
   Arcata, CA 95521
10 Tel: (707) 268-0445
   Fax: (707) 667-0318
11
   Attorneys for Plaintiff
12 ALICE WEBURG

13

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17 | ALICE WEBURG,                          | CASE NO.:  16-cv-04786-WHA
18 |     Plaintiff,                         | STIPULATION AND [PROPOSED] ORDER
                                            | TO RESET SCHEDULING CONFERENCE
19 | vs.                                    |
20 | CITY OF EUREKA, KURT HUFFT, and        |
   | DOES 1 to 10,                          |
21 |                                        |
   |     Defendants.                        |
22

23      Plaintiff ALICE WEBURG ("Plaintiff") and Defendants CITY OF EUREKA and KURT

24 HUFFT ("Defendants") (collectively, the "Parties"), by and through their respective counsel of

25 record, hereby stipulate and agree as follows:

26

_____1_____
STIPULATION AND [PROPOSED] ORDER TO RESET SCHEDULING CONFERENCE

WHEREAS, this matter was set for a Scheduling Conference on January 31, 2017 at 1:30 pm before Magistrate Judge Nandor J. Vadas, McKinleyville; and

WHEREAS, counsel for Defendants has a previously scheduled medical appointment for the same date and time that cannot be rescheduled; and

WHEREAS, resetting the Scheduling Conference will not adversely affect the parties, currently set deadlines, hearings, or the Trial date already scheduled;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the date for the Scheduling Conference be rescheduled from January 31, 2017 to February 7, 2017, at 1:00 pm.

IT IS SO STIPULATED AND AGREED.

DATED: January 20, 2017        PETER E. MARTIN, A LAW CORPORATION

By: */s/ Shelley K. Mack*
    SHELLEY K. MACK
    Attorneys for Plaintiffs

DATED: January 19, 2017        MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

By: */s/ Nicholas R. Kloeppel*
    NICHOLAS R. KLOEPPEL
    Attorneys for Defendants

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, it is hereby ordered that the Scheduling Conference set for January 31, 2017, is hereby reset for February 7, 2017 at 1:00 pm.

DATED: 1/25/2017

HONORABLE NANDOR J. VADAS
United States District Court Magistrate Judge

2
STIPULATION AND [~~PROPOSED~~] ORDER TO RESET SCHEDULING CONFERENCE